


# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

William G Putnicki
Clerk of Court

**F I L E D**
DEC 1 2 2007
DEC 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Division: San Antonio
Address: U.S. Courthouse
655 East Durango Blvd.
San Antonio, Texas 78206
Phone: (210) 472-6550

DATE: December 3, 2007

**CLERK OF COURT**
Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

07C 6814
Judge Norgle

SUBJECT: SA07-CV-868 - HALLMARK v. OCWEN LOAN SERVICING, LLC

Dear Deputy Clerk:

The above action has been transferred to your court pursuant to the MDL Transfer Order CTO-47, Docket No. 1604.

Please find enclosed a certified copy of the transfer order and the docket sheet.

You may access electronically filed documents for this case at our DCN CM/ECF web address: http//ecf.txwd.circ5.dcn. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter the divisional office and address listed above.

Sincerely,
William G. Putnicki
Clerk of Court

By: _____
Robert F. Flaig
Deputy Clerk

Received this _____ day of _____, 200__, by: _____

CLOSED, PMA, STAYED

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:07-cv-00868-OLG

07C6814

| | |
|---|---|
| Hallmark et al v. Ocwen Loan Servicing, LLC et al | Date Filed: 10/24/2007 |
| Assigned to: Honorable Orlando L. Garcia | Date Terminated: 12/03/2007 |
| Case in other court: 25th JDC in Guadalupe County, Texas, 07-01602-CV | Jury Demand: Plaintiff |
| | Nature of Suit: 290 Real Property: Other |
| Cause: 28:1332 Diversity-Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**James Hallmark**  represented by  **Edward Carstarphen**
Ellis Carstarphen Dougherty & Goldenthal, PC
5847 San Felipe
Suite 1900
Houston, TX 77057
(713) 647-6800
Fax: 713/647-6884
Email: emc@ECDGLAW.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Hilliard**
Hilliard & Munoz, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, TX 78401
(361)882-1612
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

FILED
DEC 12 2007
DEC 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____ Deputy 12/3/2007

William H. Oliver
Pipkin, Oliver & Bradley, L.L.P.
1020 N.E. Loop 410
Suite 810
San Antonio, TX 78209
(210)820-0082
Fax: 210/820-0077
Email: wholiver@pobllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Judy Hallmark** | represented by | **Edward Carstarphen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert C. Hilliard**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William H. Oliver**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Ocwen Loan Servicing, LLC**<br>*as Successor by Merger with Ocwen Federal Bank, FSB* | represented by | **Lindsay L. Stansberry**<br>Cowles & Thompson, P.C.<br>100 E. Ferguson, Ste. 1202<br>Tyler, TX 75702<br>(903)596-9000<br>Fax: 903/596-9005<br>Email: lstansberry@cowlesthompson.com |

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Douglas Cronenwett**<br>Cowles & Thompson, P.C.<br>901 Main Street, Suite 4000<br>Dallas, TX 75202-3793<br>(214)672-2159<br>Fax: 214/672-2359<br>Email: mcronenwett@cowlesthompson.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Deutsche Bank National Trust Company**<br>*as Trustee for the Registered Holders of the Residential Mortgage Loan Trust 98-1 Certificates* | represented by **Lindsay L. Stansberry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Douglas Cronenwett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Unknown Holders and/or Owners of Residual Interest in Securitization of the Residential Mortgage Loan Trust 98-1 Certificates** |  |
| **Defendant**<br>**Rosamunda Findiesen** |  |

*Substitute Trustee*

**Defendant**

| **Baxter & Schwartz, P.C.** | represented by | **Don Thomas Schwartz** Attorney at Law 1821 Mons Street Rosenberg, TX 77471 (281)342-2806 Email: schwartz_kalinowski@yahoo.com *LEAD ATTORNEY ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2007 |  | If ordered by the court, all referrals will be assigned to Magistrate Judge Mathy (ga) (Entered: 10/24/2007) |
| 10/24/2007 | 1 | NOTICE OF REMOVAL (Filing fee $350.00 receipt number 209030), filed by Ocwen Loan Servicing, LLC, Deutsche Bank National Trust Company. (Attachments: #1 Exhibits A & B; #2 Exhibits C thru F; and #3 Civil Cover Sheet Supplement to Civil Cover Sheet and receipt)(ga) (Entered: 10/24/2007) |
| 10/24/2007 | 2 | Certificate of Interested Persons by Ocwen Loan Servicing, LLC, Deutsche Bank National Trust Company. (ga) (Entered: 10/24/2007) |
| 11/15/2007 | 3 | RESPONSE *Plaintiffs' Verified Denial of Defendants' Claim of Status* by James Hallmark, Judy Hallmark. (Oliver, William) (Entered: 11/15/2007) |
| 11/27/2007 | 4 | Unopposed MOTION to Stay *Pending MDL Panel Review* by Ocwen Loan Servicing, LLC. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Cronenwett, Mark) (Entered: 11/27/2007) |

| 11/29/2007 | ●5 | ORDER granting 4 Motion to Stay of Proceedings Pending MDL Panel Review. Signed by Judge Orlando L. Garcia. (rf) (Entered: 11/29/2007) |
| 12/03/2007 | ●6 | ORDER Transferring MDL case to Norhtern District of Illinois.(rf) (Entered: 12/03/2007) |
| 12/03/2007 | ● | Case transferred to District of Northern District of Illinois; (rf) (Entered: 12/03/2007) |
| 12/03/2007 | ●7 | Transfer letter directed to the Northern District of Illinois. (rf) (Entered: 12/03/2007) |

Judge Norgle

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 13 2007

FILED
CLERK'S OFFICE

FILED
DEC - 3 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

Gary King, et al. v. Ocwen Loan Servicing, LLC., et al., )
 E.D. Texas, C.A. No. 4:07-493 )
James Hallmark, et al. v. Ocwen Loan Servicing, LLC, )
 et al., W.D. Texas, C.A. No. 5:07-868 )

MDL No. 1604

07C6814

**CONDITIONAL TRANSFER ORDER (CTO-47)**

FILED
DEC 12 2007
DEC 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 75 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 29 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true copy of the original, I certify.
Clerk, U. S. District Court

By_____ Deputy