# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES HALLMARK and JUDY HALLMARK, <br><br>　　　Plaintiffs, <br>v. <br><br>OCWEN LOAN SERVICING, LLC, AS SUCCESSOR BY MERGER WITH OCWEN FEDERAL BANK, FSB, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE RESIDENTIAL MORTGAGE LOAN TRUST 98-1 CERTIFICATES, UNKNOWN HOLDERS AND/OR OWNERS OF RESIDUAL INTEREST IN SECURITIZATION OF THE RESIDENTIAL MORTGAGE LOAN TRUST 98-1 CERTIFICATES, ROSAMUNDA FINDIESEN, SUBSTITUTE TRUSTEE, and BAXTER & SCHWARTZ, P.C., <br><br>　　　Defendants. | Civil Action No. |

## NOTICE OF CITIZENSHIP AND CONSENT TO REMOVAL

COMES NOW Defendant Baxter & Schwartz, P.C. ("Baxter & Schwartz") and, by and through undersigned counsel, hereby expressly consents to the removal of this action by Defendant Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB to this Court from the District Court of Guadalupe County, Texas.

Baxter & Schwartz respectfully notifies the Court that it is a professional corporation organized under the laws of Texas with its principal place of business at 5450 NW Central, Suite 307, Houston, Texas 77092.

CONSENT TO REMOVAL – Page 1

SCHWARTZ & KALINOWSKI, LLP

1821 Mons Avenue
Rosenberg, Texas 77471
(281) 342-2808

By: *Don T. Schwartz w/ perm. by us*

DON T. SCHWARTZ
State Bar No. 17862000

Attorney for
BAXTER & SCHWARTZ, P.C.

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES HALLMARK and<br>JUDY HALLMARK,<br><br>    Plaintiffs,<br>v.<br><br>OCWEN LOAN SERVICING, LLC, AS<br>SUCCESSOR BY MERGER WITH<br>OCWEN FEDERAL BANK, FSB,<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS TRUSTEE FOR THE<br>REGISTERED HOLDERS OF THE<br>RESIDENTIAL MORTGAGE LOAN<br>TRUST 98-1 CERTIFICATES,<br>UNKNOWN HOLDERS AND/OR<br>OWNERS OF RESIDUAL INTEREST IN<br>SECURITIZATION OF THE<br>RESIDENTIAL MORTGAGE LOAN<br>TRUST 98-1 CERTIFICATES,<br>ROSAMUNDA FINDIESEN,<br>SUBSTITUTE TRUSTEE, and<br>BAXTER & SCHWARTZ, P.C.,<br><br>    Defendants. | Civil Action No. |

## N CONSENT TO REMOVAL

COMES NOW Defendant Rosamunda Findeisen, Substitute Trustee, and, by and through undersigned counsel, hereby expressly consents to the removal of this action by Defendant Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB to this Court from the District Court of Guadalupe County, Texas.

Respectfully Submitted,

By: /s/ Don T. Schwartz w/ perm. by us

DON T. SCHWARTZ
State Bar No. 17862000

SCHWARTZ & KALINOWSKI, LLP
1821 Mons Avenue
Rosenberg, Texas 77471
(281) 342-2808

Attorney for
ROSAMUNDA FINDEISEN,
SUBSTITUTE TRUSTEE

CONSENT TO REMOVAL – Page 2

# EXHIBIT E

Case 07-cv-00868-LG Document 41-3 Filed 12/24/2007 Page 7 of 12

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES HALLMARK and<br>JUDY HALLMARK,<br><br>    Plaintiffs,<br>v.<br><br>OCWEN LOAN SERVICING, LLC, AS<br>SUCCESSOR BY MERGER WITH<br>OCWEN FEDERAL BANK, FSB,<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS TRUSTEE FOR THE<br>REGISTERED HOLDERS OF THE<br>RESIDENTIAL MORTGAGE LOAN<br>TRUST 98-1 CERTIFICATES,<br>UNKNOWN HOLDERS AND/OR<br>OWNERS OF RESIDUAL INTEREST IN<br>SECURITIZATION OF THE<br>RESIDENTIAL MORTGAGE LOAN<br>TRUST 98-1 CERTIFICATES,<br>ROSAMUNDA FINDIESEN,<br>SUBSTITUTE TRUSTEE, and<br>BAXTER & SCHWARTZ, P.C.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF CHOMIE NEIL**

I, Chomie Neil, do hereby declare under penalty of perjury that the following is true and correct:

1.     I am currently employed by Ocwen Loan Servicing, LLC ("Ocwen Loan Servicing"), successor in interest to Ocwen Federal Bank FSB ("Ocwen Federal Bank"), as a Senior Loan Analyst. I held the position of research specialist from 1999 until July 2005 with Ocwen Federal Bank and held this position at Ocwen Loan Servicing until being promoted to Senior Loan Analyst in May 2006. I have reviewed the complaint in the above-entitled action.

As a result of my employment with Ocwen, and my review of the loan history, I have personal knowledge of the facts set forth in this affidavit.

2. Ocwen Federal Bank FSB was a federally charted thrift incorporated under the laws of the United States. Effective June 30, 2005, Ocwen Federal Bank FSB was dissolved and its mortgage loan servicing business was transferred to Ocwen Loan Servicing, LLC.

3. Ocwen Loan Servicing, LLC is a limited liability company. The sole member of Ocwen Loan Servicing, LLC is Ocwen Financial Corp. Ocwen Financial Corp. is a Florida corporation headquartered in Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16th, 2007

_____
CHOMIE NEIL

# EXHIBIT F

1

| | |
|---|---|
| 1 | REPORTER'S RECORD. |
| 2 | VOLUME __ OF __ |
| 3 | TRIAL CAUSE NO. 04CV1469 |
| 4 | |
| 5 | SEALY DAVIS . IN THE DISTRICT COURT OF |
| 6 | |
| 7 | VS. . GALVESTON COUNTY, TEXAS |
| 8 | |
| 9 | OCWEN FEDERAL BANK . 212TH JUDICIAL DISTRICT |
| 10 | |
| 11 | ──────────── |
| 12 | TRIAL |
| 13 | ──────────── |
| 14 | On the 23rd day of November 2005, the following |
| 15 | proceedings came on to be heard in the above-entitled |
| 16 | and numbered cause before the Honorable Susan E. Criss, |
| 17 | Judge Presiding, held in Galveston, Galveston County, |
| 18 | Texas: |
| 19 | Proceedings reported by Stenographic machine. |
| 20 | |
| 21 | |
| 22 | |

61

1      And I will just close off -- Only if I
2  had more time. I thank you your very careful
3  attention. I believe that juries are conscientious. I
4  have never been in front of one that wasn't. I have
5  watched y'all pay attention to the exhibits. I have
6  watched y'all take notes and I know that you will be --
7  you have demonstrated all along that you have been
8  conscientious and I know you will be back in the jury
9  room deliberating as well. Thank you.
10      THE COURT: Before our break Mr. Bertini
11  was telling me -- do you want to go ahead and do yours.
12      MR. BERTINI: I need to go to the
13  restroom.
14      THE COURT: All right. Let's go ahead
15  and take a break.
16      (Recess)
17      THE COURT: Mr. Bertini?
18      MR. BERTINI: Mr. Hilliard and
19  Mr. Madole have just told you that my clients did
20  nothing in this case. I'm not about to argue with
21  that. I would have done that before the break but I